.

JOHN GREG GABLE
TRINA ANNESE GABLE
239 OLD SCHOOLHOUSE RD
ELLISVILLE, MS 39437

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

FIRST NATAIONAL BANK
ATTN: BANKRUPTCY
PO BOX 5097
SIOUX FALLS, SD 57117


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

MERCURY
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908


AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY 11804


ALLY CREDIT CARD
PO BOX 9222
OLD BETHPAGE, NY 11804

CITICORP
PO BOX 790046
ST LOUIS, MO 63179

MISSION LANE LLC
PO BOX 105286
ATLANTA, GA 30348


ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

COMENITY
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

OPORTUN
ATTN: BANKRUPTCY
PO BOX 560698
THE COLONY, TX 75056


AVANT/WEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

PNC FINANCIAL
ATTN: BANKRUPTCY
300FIFTH AVE
PITTSBURGH, PA 15222


BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
4550 LINDEN HILL RD
STE 4
WILMINGTON, DE 19808

PROSPER FUNDING, LLC
ATTN: BANKRUPTCY DEPT
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105


BRIGHTWAY
PO BOX 3316
EVANSVILLE, IN 47732

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

SELECT PORTFOLIO SERVI
10401 DEERWOOD PARK BL
JACKSONVILLE, FL 32256


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

DSRM NAT BANK/VALERO
ATTN: BANKRUPTCY
PO BOX 631
AMARILLO, TX 79105

SYNCHRONY BANK
P.O. BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
P.O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
P.O. BOX 965065
ORLANDO, FL 32896


SYNCHRONY BANK
P.O .BOX 965060
ORLANDO, FL 32896


TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440


TBOM
14600 NORTHWEST
BEAVERTON, OR 97006


UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111


WEBBANK/ONEMAIN
ATTN: BANKRUPTCY
215 S STATE ST
STE 1000
SALT LAKE CITY, UT 84111