United States Bankruptcy Court
Southern District of Mississippi

In re:  
John Greg Gable  
Trina Annese Gable  
    Debtors

Case No. 25-51504-KMS  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Greg Gable, Trina Annese Gable, 239 Old Schoolhouse Rd, Ellisville, MS 39437-5800 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jan 22 2026 00:32:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Jan 22 2026 00:32:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 22 2026 00:32:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5573023 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 21 2026 19:45:20 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5573024 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 19:45:19 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5573025 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 21 2026 19:35:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5573026 | + | Email/Text: bk@avant.com | Jan 21 2026 19:36:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5573027 | + | EDI: TSYS2 | Jan 22 2026 00:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5573028 | + | EDI: AGFINANCE.COM | Jan 22 2026 00:32:00 | Brightway, PO Box 3316, Evansville, IN 47732-3316 |
| 5573031 | + | EDI: CRFRSTNA.COM | Jan 22 2026 00:32:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5573036 | | Email/Text: cfcbackoffice@contfinco.com | Jan 21 2026 19:35:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5573029 | + | EDI: CAPITALONE.COM | Jan 22 2026 00:32:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573030 | + | EDI: CAPONEAUTO.COM | Jan 22 2026 00:32:00 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5574169 | + | EDI: AISACG.COM | Jan 22 2026 00:32:00 | Capital One Auto Finance, a division of Capital One N.A. Dept., AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5573032 | + | EDI: CITICORP | Jan 22 2026 00:32:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5573033 | + | EDI: CITICORP | Jan 22 2026 00:32:00 | Citicorp, Po Box 790046, St Louis, MO 63179-0046 |
| 5573034 | + | EDI: WFNNB.COM | Jan 22 2026 00:32:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573035 | + | EDI: WFNNB.COM | Jan 22 2026 00:32:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5573037 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 19:45:16 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5573038 | ^ | MEBN | Jan 21 2026 19:33:10 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 631, Amarillo, TX 79105-0631 |
| 5573039 | + | Email/Text: BNSFN@capitalsvcs.com | Jan 21 2026 19:35:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5573042 | | Email/Text: ml-ebn@missionlane.com | Jan 21 2026 19:35:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5573040 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 21 2026 19:35:00 | Mercury, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5573041 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 19:45:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5573043 | | Email/Text: bankruptcy@oportun.com | Jan 21 2026 19:35:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 5573044 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 19:35:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 5573045 | | Email/Text: ProsperBK@prosper.com | Jan 21 2026 19:36:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main St Ste 300, San Francisco, CA 94105 |
| 5573046 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 21 2026 19:36:00 | Select Portfolio Servi, 10401 Deerwood Park Bl, Jacksonville, FL 32256-0505 |
| 5573048 | + | EDI: SYNC | Jan 22 2026 00:32:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5573047 | + | EDI: SYNC | Jan 22 2026 00:32:00 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5573049 | + | EDI: SYNC | Jan 22 2026 00:32:00 | Synchrony Bank, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5573051 | + | EDI: WTRRNBANK.COM | Jan 22 2026 00:32:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5573052 | | EDI: PHINGENESIS | Jan 22 2026 00:32:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5573053 | | Email/Text: bknotice@upgrade.com | Jan 21 2026 19:35:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5573054 | + | EDI: AGFINANCE.COM | Jan 22 2026 00:32:00 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5573050 | *+ | Synchrony Bank, P.O .Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 318 | Total Noticed: 36 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Derek A Henderson T1
trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Thomas Carl Rollins, Jr
on behalf of Debtor John Greg Gable trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Trina Annese Gable trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

| *Information to identify the case:* | | | |
|---|---|---|---|
| Debtor 1 | **John Greg Gable** | Social Security number or ITIN | **xxx–xx–7012** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Trina Annese Gable** | Social Security number or ITIN | **xxx–xx–8345** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–51504–KMS** | | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**John Greg Gable**
aka John G Gable, aka John Gregory Gable

**Trina Annese Gable**

Dated: 1/21/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**